**COLUMBIA PICTURES INDUSTRIES, INC., a Delaware Corporation, Plaintiff—Appellee,**

**v.**

**GALAXY PUBLISHING, INC., a California Corporation; Paul Aratow; Rinzler–Aratow Productions, Defendants—Appellants.**

**Columbia Pictures Industries, Inc., Plaintiff—Appellant,**

**v.**

**Paul Aratow, Defendant—Appellee.**

**Nos. 03–55218, 03–56285.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 3, 2005.

Submission Deferred May 10, 2005.

Resubmitted Aug. 29, 2005.

Decided Sept. 8, 2005.

Christopher G. Caldwell, Esq., Caldwell, Leslie, Newcombe and Pettit, Los Angeles, CA, for Plaintiff–Appellee.

Steven J. Skikos, Mark G. Crawford, Lopez, Hodes, Restaino, Milman, Skikos & Polos, San Francisco, CA, Paul Aratow, for Defendants–Appellants/Defendant–Appellee.

Gary L. Bostwick, Esq., Sheppard Mullin, et al., LLP, Los Angeles, CA, for Plaintiff–Appellee/Plaintiff–Appellant.

Before: LEAVY, FISHER and BYBEE, Circuit Judges.

ORDER

The stipulation and request to dismiss appeals, filed August 29, 2005, is GRANTED.